# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**AIR AMERICA FLIGHT SERVICES, INC.,** a Florida corporation,
Appellant,

v.

**MARCI WILHELM,** individually, **STEVE ROSE,** individually, and
**LINDA BAGLEY CASWELL,**
in her capacity as Personal Representative of the
**ESTATE OF JOHN CHRISTIAN CASWELL,**
deceased, a resident of Florida,
**ACCOUNT MANAGEMENT GROUP, INC.,**
f/k/a Clearwater Aviation, Inc., a Florida corporation, and
**DOUGLAS PATON**, in his capacity as Personal Representative of the
**ESTATE OF STEPHEN FOX,** deceased, a resident of Florida,
Appellees.

Nos. 4D20-1016 and 4D20-1391

[April 1, 2021]

Consolidated appeal of non final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502019CA001800AF.

Michael R. D'Lugo, Dennis M. O'Hara and Christopher J. Jahr of Wicker, Smith, O'Hara, McCoy & Ford, P.A., Orlando, for appellant.

Stephen F. Rosenthal of Podhurst Orseck, P.A., Miami, for appellee Marci Wilhelm.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GERBER and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***